IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| In the Matter of:<br>**SHELTON EDGERTON**<br>**ANNETTE EDGERTON**<br>Debtors. | Case No.:<br>**10-01081-8-RDD**<br>Chapter 12 |

### DEBTORS' MOTION FOR AUTHORIZATION
### TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND
### TO GRANT POST-PETITION LIEN IN ASSETS OF DEBTORS

**COME NOW**, Shelton and Annette Edgerton (hereafter "Debtors"), by and through their undersigned counsel, and respectfully move this Court for an Order authorizing the Debtors to use cash collateral pursuant to 11 U.S.C. § 363 and granting a post-petition lien in assets of the estate to the Farm Service Agency, as set forth below. In support of this Motion, the Debtors show unto this Court as follows:

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.    The Debtors filed this petition pursuant to Chapter 12 of the United States Bankruptcy Code on February 12, 2010. Richard M. Stearns is the duly appointed and acting Chapter 12 Trustee.

3.    Shelton Edgerton is a farmer with his principal place of business in Pikeville, North Carolina.

4.    The Debtors are informed and believe that the following creditors may assert claims against the Debtors that are secured by accounts or other cash collateral, as follows:

i.    <u>The Bank of Hampton Roads f/k/a Gateway Bank & Trust</u>. Upon information and belief, The Bank of Hampton Roads asserts four secured claims against the Debtors collateralized by real estate, equipment, accounts and other collateral. The Debtors have scheduled these claims as follows: (i) The first loan, in the approximate current amount of $224,998.70, is purportedly secured by crops, accounts, equipment, inventory and other collateral; (ii) the second loan, in the approximate current amount of $204,841.43, is purportedly secured by crops, accounts, equipment, inventory and other collateral; (iii) the third loan, in the approximate current amount of $475,000, is purportedly secured by real estate assets of the Debtors; and (iv) the fourth loan, in the approximate current amount of $730,205.01, is also secured by real estate assets of the

Debtors. Among other documentation evidencing these loans, The Bank of Hampton Roads filed a financing statement on April 29, 2008 asserting a blanket lien in the Debtors' personal property assets, including accounts and receivables.

5. The Debtors do not anticipate receipt of any additional sums from the disposition of pre-petition crops or other assets, and currently hold the approximate sum of $24,000 in their joint debtor-in-possession account that originated from the pre-petition sales of market turkeys. The Debtors therefore are currently informed and believe that The Bank of Hampton Roads may have a claim to these proceeds as cash collateral securing pre-petitions loans and obligations.

6. The Debtors are currently anticipating a continuation of their farming operation by way of this proposed reorganization under Chapter 12. The Debtors believe that in order to preserve asset value, facilitate and maximize the benefit of any disbursement to creditors over the life of the Chapter 12 plan, and maintain their operations, the Debtors will be required to incur certain operating expenses, including wages, land rent, equipment rental and utilities. Other than through the use of available cash currently in the Debtors' possession, the Debtors have no other current source of readily available cash with which to operate. If the Debtors are not permitted to utilize such proceeds they will be unable to operate or maintain the value of its assets as a going-concern, and will have to cease operations.

7. The Debtors' operating and other expenses shall include, *inter alia*, land rent, fuel, personnel, harvesting costs, and other ordinary and necessary operating and personal expenses, as well as applicable taxes.

8. Certain of the net revenues of the Debtors' operations (including collections of outstanding accounts receivable) may be applied to the current secured indebtedness held by secured creditors, as dictated by applicable security instruments, the priorities of the Code and future orders of the Bankruptcy Court.

9. The Debtors represent that a reorganization and continuation of their operations will generate the greatest source of funds for creditors, including secured creditors.

**WHEREFORE**, the Debtors respectfully pray for the following relief:

1. For leave of the Court to pay necessary expenses utilizing current cash collateral;

2. For an Order authorizing the Debtors' use of cash collateral in accordance with 11 U.S.C. § 363; and

3. For such other and further relief that this Court deems just and appropriate.

DATED: March 19, 2010

                        AYERS & HAIDT, P.A.

                        /s/ David J. Haidt
                        By: David J. Haidt
                        N.C. State Bar No. 22092
                        Attorneys for the Debtors
                        Post Office Box 1544
                        New Bern, North Carolina  28563
                        (252) 638-2955

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| In the Matter of: | Case No.: |
| **SHELTON EDGERTON** | **10-01081-8-RDD** |
| **ANNETTE EDGERTON** | Chapter 12 |
| Debtors. | |

**NOTICE OF DEBTORS' MOTION FOR AUTHORIZATION
TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363**

NOTICE IS HEREBY GIVEN of the DEBTORS' MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 filed simultaneously herewith in the above captioned case; and,

FURTHER NOTICE IS HEREBY GIVEN that this Motion may be allowed provided no response and request for a hearing is made by a party in interest in writing to the Clerk of this Court within fourteen (14) days from the date of this Notice; and

FURTHER NOTICE IS HEREBY GIVEN, that the Bankruptcy Court that if a response and a request for a hearing is filed by a party in interest in writing to the Clerk, US Bankruptcy Court, 1760 Parkwood Blvd., Wilson, North Carolina 27893, within the time indicated, a hearing will be conducted on the Motion and any Response thereto at a date, time and place to be later set by the Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Motion and Respond thereto ex parte without further notice.

DATE OF NOTICE: March 19, 2010.

AYERS & HAIDT, P.A.

/s/ David J. Haidt
By: David J. Haidt
N.C. State Bar No. 22092
Attorneys for the Debtors
Post Office Box 1544
New Bern, North Carolina  28563
(252) 638-2955

CERTIFICATE OF SERVICE

I, David J. Haidt, Post Office Drawer 1544, New Bern, North Carolina 28563, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 19th day of March, 2010, a member of my staff served copies of the foregoing Motion and Notice on the parties listed below by facsimile or by regular mail, postage paid; and, that on the 19th day of March, 2010, a member of my staff served copies of the foregoing Notice on the parties listed on "Exhibit A" attached hereto, by regular mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON:   March 19, 2010.

BY:   /s/ David J. Haidt
DAVID J. HAIDT
N.C. State Bar No. 22092

TO:

BANKRUPTCY ADMINISTRATOR  (VIA CM/ECF)
PO BOX 3758
WILSON, NC 27894-3758

UNITED STATES ATTORNEY
310 NEW BERN AVE.
FEDERAL BUILDING, SUITE 800
RALEIGH, NC 27601-1461

FARM SERVICE AGENCY
ATTN: KEITH H. WEATHERLY
4407 BLAND RD., SUITE 175
RALEIGH, NC 27609

The Bank of Hampton Roads
Attention: Eddie Campbell
2235 Gateway Access Point
Suite 200
Raleigh NC 27607

BB&T
ATTN:  Managing Agent
P.O. Box 580048
Charlotte, NC 28258-0048

Farm Service Agency
Attention: Debbie Houston
P.O. Box 799
Goldsboro, NC 27533

East Carolina Farm Credit
ATTN: Managing Agent
P.O. Box 1719
Smithfield, NC 27577-1719

Agricredit Acceptance, LLC
ATTN: Managing Agent
P.O. Box 4000
Johnston, IA 50131-9854

John Deere Credit
ATTN: Managing Agent
P.O. Box 4450
Carol Stream, IL 60197-4450

Mr. Jack R. Hayes
Branch Banking & Trust Company
P.O. Box 1847
Wilson, NC 27894-1847

Richard M. Stearns, Trustee (VIA CM/ECF)
P.O. Box 2218
Kinston, NC 28502-2218

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0417-8<br>Case 10-01081-8-RDD<br>Eastern District of North Carolina<br>Wilson<br>Tue Mar  9 12:50:51 EST 2010 | AGCO Finance LLC<br>PO Box 2000<br>Johnston IA 50131-0020 | AGCO Finance, LLC<br>ATTN: Managing Agent<br>P.O. Box 4000<br>Johnston, IA 50131-0400 |
| Agricredit Acceptance LLC<br>PO Box 2000<br>Johnston IA 50131-0020 | Agricredit Acceptance, LLC<br>ATTN: Managing Agent<br>P.O. Box 4000<br>Johnston, IA 50131-0400 | BB&T<br>ATTN: Managing Agent<br>P.O. Box 480022<br>Charlotte, NC 28258-0022 |
| BB&T<br>ATTN: Managing Agent<br>P.O. Box 580048<br>Charlotte, NC 28258-0048 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | BB&T Constant Credit<br>ATTN: Managing Agent<br>P.O. Box 200<br>Wilson, NC 27894-0200 |
| BB&T of Eastern NC<br>Business Loan Center<br>ATTN: Managing Agent<br>P.O. Box 580003<br>Charlotte, NC 28258-0003 | Bank of America<br>ATTN: Managing Agent<br>P.O. Box 15019<br>Wilmington, DE 19886-5019 | Bank of America<br>c/o: Collection Agency ErSolutions<br>P.O. Box 9004<br>Renton, WA 98057-9004 |
| Bankruptcy Administrator<br>PO Box 3758<br>Wilson, NC 27895-3758 | Bob and Ruth Reynolds<br>3401 Barnsley Lane<br>Raleigh, NC 27604 | CNH Capital<br>CRA Payment Center<br>ATTN: Managing Agent<br>P.O. 3900<br>Lancaster, PA 17604-3900 |
| CNH Capital<br>P.O. Box 1083<br>Evansville, IN 47706-1083 | CNH Capital America, LLC<br>ATTN: Managing Agent<br>P.O. Box 0507<br>Carol Stream, IL 60132-0507 | Chase Cardmember Service<br>ATTN: Managing Agent<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Citi Card<br>ATTN: Managing Agent<br>P.O. Box 182564<br>Columbus, OH 43218-2564 | Citicapital Commercial Corporation<br>ATTN: Managing Agent<br>3950 Regent Blvd., 2nd Floor<br>Irving, TX 75063-2244 | Client Services, Inc<br>For Wells Fargo Bank<br>3451 Harry Truman Blvd<br>St. Charles, MO 63301-4047 |
| Creditors Interchange<br>Chase Manhattan Bank<br>ATTN: Managing Agent<br>P.O. Box 1335<br>Buffalo, NY 14240-1335 | Crop Production Services<br>ATTN: Managing Agent<br>1009 Faro Road<br>Fremont, NC 27830-9323 | DTN, Inc<br>Attn: Asset Recovery<br>9110 West Dodge Road<br>Omaha, NE 68114-3346 |
| Deere & Company<br>PO Box 6600<br>6400 NW 86th Street<br>Johnston, IA 50131-2945 | Discover<br>ATTN: Managing Agent<br>P.O. Box 71084<br>Charlotte, NC 28272-1084 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio  43054-3025 |
| Randy D. Doub<br>Wilson, NC 27894 | East Carolina Farm Credit<br>ATTN: Managing Agent<br>P.O. Box 1719<br>Smithfield, NC 27577-1719 | Annette Elaine Edgerton Shelton<br>993 Old Kenley Road, NC<br>Pikeville, NC 27863-6512 |





| | | |
|---|---|---|
| Shelton Barnes Edgerton<br>993 Old Kenley Road, NW<br>Pikeville, NC 27863-8512 | FPC Financial, f.s.b.<br>PO Box 6600<br>6400 NW 86th Street<br>Johnston, IA 50131-2945 | Farm Plan<br>ATTN: Managing Agent<br>P.O. Box 4450<br>Carol Stream, IL 60197-4450 |
| Farm Service Agency<br>Attention: Debbie Houston<br>P.O. Box 799<br>Goldsboro, NC 27533-0799 | First National Bank Omaha<br>ATTN: Managing Agent<br>P.O. Box 2557<br>Omaha, NE 68103-2557 | First National Equipment Financing<br>Diversified Financial Services LLC<br>ATTN: Managing Agent<br>P.O. Box 2056<br>Omaha, NE 68103-2056 |
| G.E. Capital<br>ATTN: Managing Agent<br>P.O. Box 3083<br>Cedar Rapids, IA 52406-3083 | GE Capital<br>ATTN: Managing Agent<br>GE Transportation Finance<br>ATTN: Managing Agent<br>P.O. Box 822108<br>Philadelphia, PA 19182-2108 | GE Capital Corporation<br>ATTN: Managing Agent<br>300 John Carpenter Freeway<br>Suite 302<br>Irving, TX 75062-2727 |
| David J Haidt<br>Ayers, Haidt & Trabucco, P.A.<br>PO Box 1544<br>New Bern, NC 28563-1544 | (p) INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | John Deere Credit<br>ATTN: Managing Agent<br>P.O. Box 4450<br>Carol Stream, IL 60197-4450 |
| Lowe's<br>ATTN: Managing Agent<br>P.O. Box 530914<br>Atlanta, GA 30353-0914 | N.C. Department of Revenue<br>Attn: Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | New Holland Credit Company<br>ATTN: Managing Agent<br>100 Brubaker Avenue<br>New Holland, PA 17557-1661 |
| Penncro Associates, Inc<br>95 James Way, Suite 113<br>Southampton, PA 18966-3847 | John G Rhyne<br>Hinson & Rhyne, P.A.<br>P. O. BOX 7479<br>WILSON, NC 27895-7479 | Secretary of the Treasury<br>1500 Pennsylvania Ave. N.W.<br>Washington, DC 20220-0001 |
| Royster-Clark, Inc.<br>ATTN: Managing Agent<br>P.O. Box 272<br>Richard M Stearns<br>PO Box 2218<br>KINSTON, NC 28502-2218 | The Bank of Hampton Roads<br>Attention: Eddie Campbell<br>2235 Gateway Access Point<br>Suite 200<br>Raleigh NC 27607-3076 | USDA Farm Service Agent<br>ATTN: Managing Agent<br>4407 Bland Road, Suite 175<br>Raleigh, NC 27609-6872 |
| Jill Walters<br>Poyner Spruill LLP<br>PO Box 1801<br>Raleigh, NC 27602-1801 | Wayne County Tax Collector<br>ATTN: Managing Agent<br>P.O. Box 1495<br>Goldsboro, NC 27533-1495 | Wells Fargo Bank, N.A.<br>BDD Bankruptcy Dept, MAC S4101-08C<br>100 W. Washington Street<br>Phoenix, AZ 85003-1805 |
| Wells Fargo Financial Leasing<br>ATTN: Managing Agent<br>P.O. Box 6434<br>Carol Stream, IL 60197-6434 | Wells Fargo Financial Leasing, Inc.<br>ATTN: Managing Agent<br>MAC F4045-050<br>400 Locust Street, Ste 500<br>Des Monies, IA 50309-2355 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).





BB&T
PO Box 1847
Wilson, NC 27894

Internal Revenue Service
Attn: Managing Agent
P.O. Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Deere & Company
PO Box 6600
6400 NW 86th Street
Johnston, IA 50131-2945

(u)Gateway Bank & Trust Company

(u)Johnnie Howard

End of Label Matrix
Mailable recipients    55
Bypassed recipients     3
Total                  58





label size 1" x 2 5/8" compatible with Avery ®5160/8160
Étiquette de format 25 mm x 67 mm compatible avec Avery®5160/8160